IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL RODRIGUEZ,

    Plaintiff,

    v.

DALT HOTEL, L.P.,

    Defendant.

                                               /

No. C 09-02777 JSW

**ORDER OF DISMISSAL**

On May 1, 2006, Plaintiff Daniel Rodriguez filed a complaint and an application to proceed *in forma pauperis*. On July 10, 2009, this Court denied Plaintiff's *in forma pauperis* application because the complaint, in contravention of Federal Rule of Civil Procedure 8(a), failed to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2). The order indicated that the complaint was dismissed with leave to amend, but that Plaintiff would have until no later than July 31, 2009 to file an amended complaint setting forth a cognizable legal claim and a renewed application to proceed *in forma pauperis*. The Court admonished that failure to file a cognizable legal claim by this date would result in dismissal of this action with prejudice.

On July 14, 2009, the Court received various filings which it construes to be an amended complaint. The amended complaint similarly fails to set out a claim upon which relief may be granted. On this basis, the case is DISMISSED WITHOUT LEAVE TO AMEND. The Clerk

1  shall close the file.

2  **IT IS SO ORDERED.**

3  Dated: July 31, 2009

4  JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANIEL RODRIGUEZ,

    Plaintiff,

v.

CALIFORNIA STATE et al,

    Defendant.

Case Number: CV09-02777 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel Rodriguez
P.O. Box 421813
San Francisco, CA 94142-1813

Dated: July 31, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk